UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3070 MRW | Date | February 22, 2021 |
|---|---|---|---|
| Title | Nehemiah Kong v. Konstantinos Politis | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL

The parties filed a stipulation to dismiss this case with prejudice. (Docket # 40.) This action is dismissed with prejudice.